No. 8, Original. ARIZONA v. CALIFORNIA ET AL. Argued January 8–11, 1962. This case is restored to the calendar for reargument and set for Monday, October 8, 1962. A total of six hours is allowed for the reargument. THE CHIEF JUSTICE took no part in the consideration or decision of this case. *Mark Wilmer* and *Charles H. Reed* argued the cause for the complainant. With them on the briefs were *William R. Meagher, Burr Sutter, John E. Madden, Calvin H. Udall, John Geoffrey Will* and *Theodore Kiendl. Fred O. Wilson* and *Martin J. Sonosky* also were for the complainant. *Stanley Mosk*, Attorney General of California, and *Northcutt Ely*, Special Assistant

---

*MR. JUSTICE FRANKFURTER took no part in the consideration or decision of cases in which orders were this day announced.

Attorney General, argued the cause for the State of California et al., defendants. With them on the briefs were *Charles E. Corker* and *Gilbert F. Nelson,* Assistant Attorneys General, *Burton J. Gindler, John R. Alexander* and *Gerald Malkan,* Deputy Attorneys General, *Howard I. Friedman, C. Emerson Duncan II, Francis E. Jenney, Stanley C. Lagerlof, Harry W. Horton, R. L. Knox, Jr., Earl Redwine, James H. Howard, Charles C. Cooper, Jr., H. Kenneth Hutchinson, Frank P. Doherty, Roger Arnebergh, Jean F. DuPaul* and *Henry A. Dietz. Solicitor General Cox* argued the cause for the United States, intervener. With him on the briefs were *John F. Davis, David R. Warner, Walter Kiechel, Jr.* and *Warren R. Wise. R. P. Parry* argued the cause for the State of Nevada, intervener. With him on the briefs were *Roger D. Foley,* Attorney General, *W. T. Mathews* and *Clifford E. Fix. Dennis McCarthy,* Special Assistant Attorney General, argued the cause for the State of Utah, defendant. With him on a statement on behalf of the State was *Walter L. Budge,* Attorney General. *Earl E. Hartley,* Attorney General of New Mexico, and *Claude S. Mann,* Special Assistant Attorney General, argued the cause for the State of New Mexico, defendant. With them on the brief were *Thomas O. Olson,* First Assistant Attorney General, and *Dudley Cornell,* Special Assistant Attorney General. [For earlier orders herein, see 344 U. S. 806, 919; 345 U. S. 914, 968; 347 U. S. 985, 986; 348 U. S. 947; 350 U. S. 114, 812, 880, 955; 351 U. S. 977; 354 U. S. 918; 357 U. S. 902; 364 U. S. 940; 368 U. S. 893, 917, 950.]